UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:13-cv-60133-JAL

ODORSTAR TECHNOLOGY, LLC,
a Florida Limited Liability Company, and
STAR-BRITE DISTRIBUTING, INC., a
Florida corporation,

Plaintiffs,

v.

CLO2 SYSTEMS, INC. d/b/a ODOR RESCUE,
a Delaware corporation; and TODD SCHROETER,
an individual,

Defendants.
_____/

**JOINT SCHEDULING FORM**

The Parties have jointly completed this Form by providing dates for each action or event. In some instances, the Parties have requested that a due date be based on the date of the Court's claim construction ruling. This approach is used in many patent cases and ensures that the Parties are applying the Court's claim construction in subsequent filings or exchanges, such as expert reports.

| DEADLINE OR DATE | ACTION OR EVENT |
| --- | --- |
| June 14, 2013 | Initial Disclosures deadline |
| June 21, 2013 | Infringement contentions deadline |
| June 26, 2013 | All motions for joinder of parties or to amend pleadings shall be filed. |
| August 30, 2013 | Invalidity contentions deadline |
| September 6, 2013 | Exchange of disputed claim terms |

| | |
|---|---|
| September 20, 2013 | Exchange of proposed claim constructions for the disputed claim terms |
| September 27, 2013 | Meet and confer regarding disputed claim constructions |
| October 18, 2013 | Opening claim construction briefs filed |
| November 8, 2013 | Opposition claim construction briefs filed |
| October 30, 2014 | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial. |
| 60 days after claim construction ruling | All fact discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| 90 days after claim construction ruling | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the reports required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports have been provided shall be permitted to testify at trial. Within the twenty eight-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |
| 120 days after claim construction ruling | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports have been provided shall be permitted to testify at trial. Within the twenty eight-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| 150 days after claim construction ruling | All expert discovery must be completed. |
| 180 days after claim construction ruling | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| September 17, 2014 | Mediation shall be completed. |

| October 30, 2014 | Proposed date before which all motions in limine must be filed. |
| October 30, 2014 | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e) |
| November 13, 2014 | Proposed date for pre-trial conference. |
| November 17, 2014 | Proposed date for trial. |

Dated: May 31, 2013

| *s/ Garrett Barten* <br> Garrett A. Barten, Esq. <br> gbarten@cwiplaw.com <br> Florida Bar No. 55371 <br> CHRISTOPHER & WEISBERG, P.A. <br> 200 East Las Olas Boulevard, Suite 2040 <br> Fort Lauderdale, Florida 33301 <br> (954) 828-1488 (Telephone) <br> (954) 828-9122 (Facsimile) <br> *Attorneys for Plaintiffs,* <br> *Odorstar Technology, LLC and* <br> *Star-Brite Distributing, Inc.* | *s/ Craig R. Smith* <br> Craig R. Smith, Esq. <br> csmith@lalaw.com <br> (*Pro Hac Vice*) <br> William J. Seymour, Esq. <br> wseymour@lalaw.com <br> (*Pro Hac Vice*) <br> Lando & Anastasi, LLP <br> One Main Street, 11th Floor <br> Cambridge, MA 02142 <br> (617) 395-7000 <br> (617) 395-7070 <br><br> Brian J. Stack, Esq. <br> bstack@stackfernandez.com <br> Florida Bar No. 0476234 <br> Stack Fernandez Anderson & Harris, P.A. <br> 1200 Brickell Avenue <br> Suite 950 <br> Miami, Florida 33131 <br> (305) 371-0001 (Telephone) <br> (305) 371-0002 (Facsimile) <br> *Attorneys for Defendants,* <br> *CLO2 Systems, Inc. d/b/a Odor Rescue and* <br> *Todd Schroeter* |

474315